

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00263-CV

_____

IN RE DONALD WAYNE READ, Relator

---

Original Proceeding
Trial Court No. 141-293386-17

---

Before Sudderth, C.J.; Kerr and Pittman, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus to order the court reporter to supply him with the reporter's record from the trial that resulted in his felony driving-while-intoxicated conviction, which was affirmed by the Eastland Court of Appeals in 2015. *See Read v. State*, No. 11-13-00344-CR, 2015 WL 6121536, at *1 (Tex. App.—Eastland Oct. 15, 2015, pet. ref'd) (mem. op., not designated for publication). Because we lack jurisdiction to issue a writ of mandamus against a court reporter unless the writ is necessary to enforce our jurisdiction, *see In re Deba*, No. 04-19-00414-CR, 2019 WL 2783914, at *1 (Tex. App.—San Antonio July 3, 2019, orig. proceeding) (per curiam) (mem. op.); *In re Calton*, No. 02-15-00280-CV, 2015 WL 5175467, at *1 (Tex. App.—Fort Worth Sept. 4, 2015, orig. proceeding) (per curiam) (mem. op.), and relator has made no such argument or showing, we dismiss relator's petition for writ of mandamus.


Per Curiam

Delivered: July 26, 2019